SPECIAL HEARING
(DEATH PENALTYCASE)

**JANUARY 19, 2024**

**3:30 P.M. (EASTERN TIME)**

**\*\*TELEPHONIC HEARING\*\***

<u>No.24-10095-P</u> – KENNETH EUGENE SMITH, Appellant,
v.
COMMISSIONER, ALABAMA DEPT. OF CORRECTIONS,
WARDEN, HOLMAN CORRECTIONAL FACILITY, Appellees.

ATLANTA, GEORGIA
01/16/2024
DP# 13