# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10095

_____

KENNETH EUGENE SMITH,

                              Plaintiff-Appellant,

*versus*

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,
WARDEN, HOLMAN CORRECTIONAL FACILITY,

                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:23-cv-00656-RAH

_____

| 2 | Order of the Court | 24-10095 |

ORDER:

    Appellees' motion for leave to file unredacted version of the supplemental appendix under seal is GRANTED.

DAVID J. SMITH<br>
Clerk of the United States Court of<br>
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION